**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSSETS**
**BOSTON, MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 1:24-CR-10188-AK |
| ) | |
| v. ) | |
| ) | |
| BRADLEY BEATTY ) | |
| ) | |

**MOTION TO MODIFY CONDITIONS OF RELEASE**

Now comes the Defendant, Mr. Bradley Beatty, in the above-entitled matter, and respectfully moves this Honorable Court to modify his conditions of release to allow him to reside in California instead of Washington. As grounds the defendant is moving his residence to 10631 Jasper Agate Ct, Nevada City, CA 95959. He would be residing with Byron Glenn and Cyarle Barnes. Moreover, Mr. Beatty would request that his travel include California. Counsel has contacted the US Attorney's office, who has indicated that they take no position on this motion. Counsel has further notified the probation office last week so they could make the appropriate inquiries and have not indicated any opposition to the motion.

The Defendant would further state that to the best of his knowledge, he has successfully abided by all of the conditions of his release since being released from custody. For the foregoing reasons, the Defendant would request that the Court allow his request to permit him to change his residence.

Respectfully submitted,
BRADLEY BEATTY
By his attorney
/s/ Eduardo Masferrer
Eduardo Masferrer
Masferrer & Riley P.C.
BBO# 644623
55 Union Street, 4th Floor
Boston, MA 02108
(617) 531-0135

Dated: June 29, 2026

CERTIFICATE OF SERVICE

I, Eduardo Masferrer, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

“s/ Eduardo Masferrer”
Eduardo Masferrer